*In margin:* JANUARY 1827. Garner v. Clay et al.

----

HENRY SMITH v. THE COMMISSIONERS of ROADS, &c. of Lauderdale County.

On the proceedings of the County Court of Commissioners of Roads, &c for laying out a road, proceedings in the nature of an appeal will not lie, until final order confirming the report of the jury.

THE court of commissioners of revenue and roads of Lauderdale county, having appointed a jury to lay out a

JANUARY 1827.
Smith
v
The Com'r of
Roads, &c.

road in the county, five of the jurors made their return of the road as marked out by them. Henry Smith thereupon obtained a *certiorari* to remove the proceedings into the Circuit Court. The Circuit Court, at October term, 1825, dismissed the *certiorari*. Smith sued out a writ of error, and made several assignments of error.

JUDGE TAYLOR delivered the opinion of the Court.

It was premature to sue out a *certiorari* before the County Court had made out an order confirming the report of the jury, or appointing an overseer to cut out the road, which would have been equivalent to such order. Parties cannot be permitted to remove a case of this kind into a superior court, without making resistance in the court of original jurisdiction. Let the judgement of the Circuit Court be affirmed.

COALTER, for plaintiff.

MARTIN, for defendant in error.